

**IT IS ORDERED as set forth below:**

**Date: August 29, 2016**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| RENITA VARNADO MURRY, | ) | CASE NO. 14-73139-PMB |
| *aka* RENITA VARNADO, | ) | |
| | ) | |
| Debtor. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) | |
| AS TRUSTEE FOR MORGAN STANLEY IXIS REAL | ) | |
| ESTATE CAPITAL TRUST 2006-2 MORTGAGE PASS | ) | |
| THROUGH CERTIFICATES, SERIES 2006-2, AS | ) | |
| SERVICED BY NATIONSTAR MORTGAGE LLC, | ) | CONTESTED MATTER |
| | ) | |
| Movant. | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RENITA VARNADO MURRY, | ) | |
| *aka* RENITA VARNADO, | ) | |
| JEVON A. MURRY, Co-Debtor, | ) | |
| ADAM M. GOODMAN, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

The Motion of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Ixis Real Estate

Capital Trust 2006-3 Mortgage Pass Through Certificates, Series 2006-2 as serviced by Nationstar Mortgage LLC, ,

for itself, its successors and assigns ("Movant") was filed July 22, 2016, [Doc. No. 38] regarding the real property

located at and commonly known as 5650 RODNEY COURT, Stone Mountain, Georgia ("Property") and was scheduled for hearing August 18, 2016 upon Notice of Assignment of Hearing Movant provided to each of the above-captioned parties in interest. No opposition to the Motion was filed of record or presented at the hearing and Movant contends Respondents were properly served. Therefore, it is hereby

ORDERED that the 11 U.S.C. Section 362(a) automatic stay and the Section 1301 co-debtor stay are *modified* to allow Movant to assert its rights and remedies under applicable law as to the Property, including, but not limited to, the institution and completion of foreclosure proceedings, collection of reasonable fees, and all other equitable relief; provided, however, that upon completion of any foreclosure sale, any funds in excess of the lawful amount owed to Movant under its Note and Security Deed, and to any subordinate lienholder properly entitled to receive proceeds under applicable State Law as to the Property, shall be paid to the Trustee for the benefit of the Estate. It is further

ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any. It is further

ORDERED that upon completion of foreclosure proceedings by Movant, Fed. R. Bankr. P. 3002.1 will no longer be applicable in the instant bankruptcy case. It is further

ORDERED that Movant, at its option, is permitted to contact the Debtor and Co-Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements. The entry of this Order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification. It is further

ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

____/S/_____
A. MICHELLE HART IPPOLITI, GEORGIA BAR NO. 334291
Attorney for Movant
McCalla Raymer Pierce, LLC
1544 Old Alabama Road
Roswell, GA   30076-2102
Direct Phone: 678-281-6537
Direct Fax: 678-281-6537
Email: Michelle.Hartippoliti@mrpllc.com

*(Signatures continued)*

NO OPPOSITION:

 /s/by A. Michelle Hart Ippoliti with express permission
JASON L. ROGERS, BAR NO. 142575
Attorney Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, Georgia 30303
Phone: 678-510-1444

DISTRIBUTION LIST

Renita Varnado Murry
3929 East Saddle Ridge Dr.
Lithonia, GA 30038

Jevon A. Murry
3929 East Saddle Ridge Dr.
Lithonia, GA 30038

Jevon A. Murry
5650 Rodney Corut
Stone Mountain, GA 30087

Karen King
215 Pryor Street
Atlanta, GA 30303

Adam M. Goodman, Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303